1  David Martinez, Bar No. 193183
   DMartinez@robinskaplan.com
2  Wesley W. Lew, Bar No. 222351
   WLew@robinskaplan.com
3  **ROBINS KAPLAN LLP**
   2049 Century Park8 East, Suite 3400
4  Los Angeles, CA  90067-3208
   Telephone:  (310) 552-0130
5  Facsimile:   (310) 229-5800

6  Attorneys for Plaintiff
   Third Estate LLC, dba Dope and
7  Dope Couture

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 Third Estate LLC, dba Dope and Dope      Case No. 2:15-cv-5572
   Couture,
12                                          **COMPLAINT FOR:**
                Plaintiff,
13                                          **(1)   FEDERAL TRADEMARK
        v.                                  INFRINGEMENT (LANHAM ACT,
14                                          15 U.S.C. § 1114);**
   Axcez Trading AB, a Limited
15 Company organized under the laws of      **(2)   FALSE DESIGNATION OF
   Sweden; Ridestore AB, a Limited          ORIGIN (LANHAM ACT, 15 U.S.C.
16 Company organized under the laws of      § 1125(a));**
   Sweden; and DOES 1-10,
17                                          **(3)   FEDERAL TRADEMARK
                Defendants.                 DILUTION (LANHAM ACT, 15
18                                          U.S.C. § 1125(c));**

19                                          **(4)   COMMON LAW AND
                                            STATUTORY TRADE NAME
20                                          INFRINGEMENT;**

21                                          **(5)   UNFAIR COMPETITION
                                            (CAL. BUS. & PROF. CODE §
22                                          17200);**

23                                          **(6)   COMMON LAW UNFAIR
                                            COMPETITION; AND**

24                                          **(7)   STATE TRADEMARK
                                            DILUTION (CAL. BUS. & PROF.
25                                          CODE § 14247)**

26                                          **DEMAND FOR JURY TRIAL**

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT FOR TRADEMARK
                                            INFRINGEMENT

1    Plaintiff Third Estate LLC, dba Dope and Dope Couture ("DOPE") hereby

2    alleges and avers based on knowledge as to its acts and based on information and

3    belief as to the acts of others, as follows:

4                        **INTRODUCTION**

5        1.    This is an action for trademark and trade name infringement, false

6    designation of origin, dilution, and unfair competition arising from defendants

7    Axcez Trading AB ("Axcez") and Ridestore AB's ("Ridestore") willful

8    infringement of DOPE's trademarks, as well as their continued efforts to trade on

9    DOPE's reputation and goodwill.  Defendant Axcez has brazenly sold and

10   continues to sell, through an online retail store owned and operated by Defendant

11   Ridestore, infringing apparel, accessories and sporting goods, including

12   skateboards, as shown below:

13   <u>**Legitimate DOPE Apparel**</u>          <u>**Axcez' Infringing Apparel**</u>







ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**Legitimate DOPE Apparel**    **Axcez' Infringing Apparel**

2

3

4

5

6

7

8

9




10

11

12

13

14

15

16

17

18




19

20

21

22

23

24

25

26

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**<u>Legitimate DOPE Apparel</u>**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



COMPLAINT FOR TRADEMARK
INFRINGEMENT

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

**Axcez' Infringing Apparel**



2.      Defendants' misconduct is likely to cause confusion and has caused DOPE harm.  As a result, DOPE has no choice but to commence this action to protect its valuable intellectual property and obtain legal redress for Defendants' willful misconduct.

## THE PARTIES

3.      DOPE is an Indiana Limited Liability Company, whose headquarters and principal business are located at 1451 East Fourth Street, Los Angeles, California.  DOPE is a widely recognized designer and retailer of contemporary and high end street-wear, including clothing, apparel, jewelry, accessories and sporting gods, including skateboards. DOPE sells its products through both an on-line retail store outlet located at www.dope.com ("DOPE Website"), and a physical retail store located in 454 N. Fairfax Avenue, Los Angeles, California ("DOPE Store").

4.      DOPE is informed and believes and based thereon alleges that defendant Axcez Trading AB is a Limited Company organized under the laws of Sweden with its principal places of business located at 461 04 Trollhättan, Västra Götalands län, Sweden.

5.      DOPE is informed and believes and based thereon alleges that defendant Ridestore AB is a Limited Company organized under the laws of Sweden with its principal places of business located at Hedekullevägen 26, 46138 Trollhättan, Sweden.

6.      Defendant Axcez engages in the retail and wholesale of street-wear apparel, accessories and sporting goods, including skateboards, through an online retail store owned and operated by Defendant Ridestore.  Defendants do business with the United States and the State of California and purposefully target and market the infringing products to United States consumers.  Specifically, Defendant Axcez owns and operates the website http://dopeclothing.com/, which is intentionally designed to be confusingly similar to the DOPE Website and to usurp DOPE's customers and business.  In fact, this website contains at least three (3) separate links to Defendant Axcez' Facebook page created expressly to further advertise and promote its infringing Dope line, https://www.facebook.com/dopeclothing.   In turn, the Facebook page contains a link to purchase Defendant Axcez' infringing Dope line from its "local dealer", http://www.ridestore.com/dope, which is owned and operated by Defendant Ridestore.  According to Ridestore, "it is working on worldwide shipping, so [anyone] can order from [them] in the future…"  Attached as Exhibit A is a true and correct copy of Defendant Axcez' website, http:// http://dopeclothing.com/. Attached as Exhibit B is a true and correct copy of the first few pages of Defendant Axcez' Facebook page, https://www.facebook.com/dopeclothing.  Attached as Exhibit C is a true and correct copy of the web pages from Defendant Ridestore's

COMPLAINT FOR TRADEMARK
INFRINGEMENT

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

website, https://www.facebook.com/dopeclothing, which exclusively features the infringing Dope line.

7.     DOPE is unaware of the true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants Does 1 through 10, inclusive, or any of them, and therefore sues these Defendants, and each of them, by such fictitious names.  DOPE is informed and believes and thereon alleges that each of the DOE Defendants is responsible for the claims and damages alleged herein and each DOE Defendant is jointly and severally liable with all other Defendants. DOPE will seek leave of Court to amend this Complaint when the identities of these Defendants are ascertained.

8.     At all relevant times, Defendants acted through their agents, members and/or managing members.  At all relevant times each of the Defendants sued herein, including the DOE Defendants, was the agent, ostensible agent, employee, alter ego, and/or co-conspirator of each of the remaining Defendants and at all times was acting within the purpose and scope of such agency, employment, and conspiracy and with the knowledge, authorization, permission, consent and/or subsequent ratification and approval of each co-defendant.

## JURISDICTION AND VENUE

9.     This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 15 U.S.C. § 1121.  The Court has supplemental jurisdiction over the state law claims asserted herein under 28 U.S.C. § 1338(b) because they form some part of the same case or controversy under Article III of the United States Constitution.

10.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because: (a) it is where a substantial part of the events giving rise to the claims asserted herein occurred; and (b) Defendants were and are subject to personal jurisdiction in this district at the time the action was commenced.

1

2                        **FACTUAL BACKGROUND**

3    **A.      The DOPE Marks, Retail Store and Website**

4           11.     DOPE has been in the business of designing and selling contemporary

5    and high end street-wear fashion since July, 2007, and has emerged as a global

6    power in the industry, including worldwide sales and distribution.

7           12.     DOPE has used the Dope Couture trademark and trade name ("DOPE

8    Couture Mark") in interstate commerce since at least as early as January 1, 2008,

9    and the DOPE trademark and trade name ("DOPE Mark") since at least July, 2007

10   (collectively, "DOPE Marks").  At all times, DOPE has prominently displayed its

11   DOPE Marks in connection with fashion apparel sold in the DOPE Store and

12   DOPE Website.  Attached hereto as Exhibit D are true and correct copies of images

13   of samples of DOPE's fashion apparel bearing the DOPE Marks.

14          13.     Since adopting the DOPE Marks, DOPE has continuously promoted

15   and used the marks throughout the United States in interstate commerce, and has

16   expended considerable sums in exerting every effort to maintain and develop the

17   DOPE Marks.  As such, DOPE has created substantial and extremely valuable

18   goodwill among the purchasing public under the DOPE Marks.  As a result of

19   DOPE's continuous and extensive use of the DOPE Mark, the mark has become

20   and continues to function as its core business and marketing asset, and serves to

21   indicate to the trade and consuming public the products originating from DOPE.

22          14.     DOPE's ongoing investment and effort to develop its intellectual

23   property in the DOPE Marks since 2007 has resulted in widespread world-wide

24   recognition of the DOPE Marks.  DOPE's Website featuring the DOPE Marks is

25   widely known and recognized in the United States, in particular by consumers of

26   street-wear fashion apparel, accessories and sporting goods, namely skateboards.

27   This tremendous organic growth recognition reflects DOPE's substantial effort and

28   expense in promoting the DOPE Marks.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

15.     DOPE's world-wide recognition has also been fueled by its popularity with music recording artists.  Indeed, numerous world-renown artists have appeared in music videos, concerts and various public events wearing DOPE fashion, including the following industry giants:

1.     Eminem

2.     Diddy

3.     Ludacris

4.     Justin Bieber

5.     Lupe Fiasco

6.     Jay Z

7.     Miley Cyrus

8.     The Game

9.     2Chainz

10.    Idris Elba

11.    Mike Will Made It

12.    Wale

13.    Wiz Khalifa

14.    Sir Michael Rocks

15.    Chris Brown

16.    Waka Flocka Flame

17.    Trinidad James

18.    Sean Kingston

19.    Juvenile

20.    Kid Cudi

21.    Ben Baller

22.    Chevy Woods

23.    Ab Soul

24.    Kendrick Lamar

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT FOR TRADEMARK
INFRINGEMENT

25.     Mac Miller

26.     Kelly Rowland

27.     Lil Twist

28.     Kid Ink

29.     Big Sean

30.     Freddie Gibbs

31.     Laidback Luke

32.     Mick Boogie

33.     Doug Benson

34.     Soulja Boy

35.     Schoolboy Q

36.     TiRon & Ayomari

37.     Jeremih

38.     Donnis

39.     Currensy

40.     Jamal Edwards

41.     Tyga

42.     Alchemist

43.     CyHi The Prince

44.     King Chip

45.     Big Krit

46.     Fabolous

16.     By wearing DOPE fashion in public performances and appearances, these artists have connected DOPE with their extensive fan base across the world, bringing further world-wide fame and notoriety to DOPE and the DOPE Marks. Indeed, DOPE has sold goods under its DOPE Marks to consumers worldwide, and DOPE customers from across the world have visited the DOPE Store. DOPE has also enjoyed a tremendous fan base within the Los Angeles hip hop and street-wear

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

scene, and was the recipient of the prestigious CitySearch Award for Best Men's clothing boutique in Los Angeles in December, 2012.

17.     In addition to establishing widespread common law trademark rights in the DOPE Marks, DOPE is the owner of multiple U.S. Trademark Registrations for the Dope Marks in connection with men's and women's fashion and jewelry, blogs and the promotion of live musical events, and sporting goods, including skateboards, as follows:

DOPE

| No. 4,403,067 | IC25 |
|---|---|
| No. 4,338,806 | IC28 |
| No. 4,387,143 | IC14 |
| No. 4,414,043 | IC41 |
| No. 4,442,533 | IC25 |
| No. 4,529,585 | IC35 |
| No. 4,547,955 | IC25 |

DOPE COUTURE

| No. 4,075,682 | IC25 |
|---|---|
| No. 4,414,044 | IC25 |

AUDACITY OF DOPE

| No. 3,972,067 | IC25 |
|---|---|

DOPE HOMME

| No. 4,651,455 | IC25 |
|---|---|

DOPEST

| No. 4,595,333 | IC25 |
|---|---|
| No. 4,264,389 | IC25 |

COMPLAINT FOR TRADEMARK INFRINGEMENT

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

18.     Through such extensive use, advertising, marketing and promotion of the DOPE Marks, DOPE has built up, at great expense and effort, a valuable reputation and goodwill symbolized by its strong and distinctive marks.  By reason of the adoption and continuous use of the DOPE Marks in U.S. interstate commerce, DOPE has established valuable public recognition in the DOPE Marks as identifying DOPE as a trusted source of high quality street-wear fashion and accessories, blogs and the promotion of live musical events, and sporting goods, including skateboards.

**B.     Defendants' Unfair Competition and Improper Trade Upon the DOPE Marks and DOPE's Good Will and Reputation**

19.     Defendants have undertaken a scheme to illegally trade upon DOPE's reputation, good will and intellectual property by, inter alia, incorporating the DOPE Marks in Defendant Axcez' line of apparel, accessories, sporting goods and websites that are confusingly similar and intentionally designed to usurp DOPE's customers and business to sell through Defendant Ridestore's website, which it admits to be in the process of being updated to allow worldwide shipping, the same street-wear fashion apparel, accessories, and sporting goods, including skateboards, sold by DOPE to DOPE's customer base.

20.     Defendants have unlawfully incorporated the DOPE Marks into various apparel, accessories and sporting goods, including skateboards, through the use of the standalone word "DOPE", as well as in phrases that dilute the integrity of the brand, and/or participated in the unauthorized use of the DOPE Marks in connection with the advertising, marketing, wholesale, sale, purchase, distribution, manufacturing, and/or production of apparel for Defendants' financial benefit.

21.     Through their brazen use of the DOPE Marks, or use of a reproduction, copy or colorable imitation of one or more of the DOPE Marks, Defendants intended to create and created a likelihood of confusion and actual confusion among consumers as to the source of Defendants' goods.

COMPLAINT FOR TRADEMARK
INFRINGEMENT

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

22.     Defendants' continued use of the DOPE Marks, or use of a reproduction, copy or colorable imitation of one or more of the DOPE Marks, in connection with the sale of street-wear apparel, accessories and sporting goods, including skateboards, causes substantial likelihood of confusion in the marketplace and unlawfully trades on DOPE's intellectual property, name and reputation.

## ALLEGATION OF IRREPARABLE HARM

23.     By reason of Defendants' acts, DOPE has suffered and will continue to suffer damage to its business, reputation and goodwill, and the loss of sales and profits it could have realized but for Defendants' misconduct.  Unless restrained and enjoined, Defendants will continue to engage in the acts complained of and irreparably damage DOPE.  DOPE's remedy at law is not adequate to compensate it for all the resulting injuries arising from Defendants' misconduct.

## FIRST CLAIM FOR RELIEF
### Trademark Infringement in
### Violation of Lanham Act § 32, 15 U.S.C. § 1114

24.     DOPE realleges and incorporates by reference herein paragraphs 1 through 23, inclusive, of this Complaint as though fully set forth in full herein.

25.     At all relevant times, Defendants have used unauthorized reproductions and/or imitations of the DOPE Marks in connection with the sale, offering for sale, distribution, and/or advertising of goods and services in a manner likely to cause confusion and/or mistake and/or to deceive.

26.     Additionally, Defendant Axcez has reproduced, copied and/or imitated the DOPE Marks and has applied such reproduction, copy and/or colorable imitations to signs, displays, advertisements, promotional materials, packaging, website content, and other materials used in commerce in connection with the sale,

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

offering for sale, distribution, or advertising of goods and services in a manner likely to cause confusion and/or mistake and/or to deceive.

27.     Defendants are acting and have acted with knowledge that their copying and use of the DOPE Marks are unauthorized and unlawful and with the intent to cause confusion and/or mistake and/or to deceive.

28.     Defendants' trademark infringement has caused and, unless restrained and enjoined by this Court, will continue to cause substantial, immediate and irreparable injury to DOPE's business, reputation and goodwill for which it is without an adequate remedy at law.

29.     In addition, as a direct and proximate result of Defendants' trademark infringement, DOPE has suffered and is continuing to suffer injury, loss and damages in an amount according to proof at trial, and is entitled to recover monetary damages, attorney's fees and costs and to disgorgement of Defendants' unlawful gains and profits.

## SECOND CLAIM FOR RELIEF

### Federal Unfair Competition and False Designation of Origin
### in Violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a)

30.     DOPE realleges and incorporates by reference herein paragraphs 1 through 29, inclusive, of this Complaint as though fully set forth in full herein.

31.     Defendants' unlawful copying and use of the DOPE Marks constitute false and misleading designations of origin and false and misleading representations of facts, which:

A.     Are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with DOPE, or as to the origin, sponsorship, or approval of Defendants' goods or commercial activities by DOPE; and/or

B.     Misrepresent the nature, characteristics, or qualities of Defendants' goods, services, or commercial activities.

32.     Defendants' misconduct in violation of 15 U.S.C. § 1125(a) has caused and, unless restrained and enjoined by this Court, will continue to cause substantial, immediate and irreparable injury to DOPE's business, reputation, and goodwill for which it is without an adequate remedy at law.

33.     As a direct and proximate result of Defendants' intentional and willful violation of 15 U.S.C. § 1125(a), DOPE has suffered and is continuing to suffer injury, loss and damages in an amount according to proof at trial, and is entitled to recover damages, extraordinary damages, attorney's fees and costs pursuant to 15 U.S.C. § 1125(c)(2), and to disgorgement of Defendants' unlawful gains and profits.

### THIRD CLAIM FOR RELIEF

**Federal Trademark Dilution in**

**Violation of Lanham Act § 43(c), 15 U.S.C. § 1125(c)**

34.     DOPE realleges and incorporates by reference herein paragraphs 1 through 34, inclusive, of this Complaint as though fully set forth in full herein.

35.     The DOPE Marks are distinctive and famous throughout the United States.  After the DOPE Marks became famous, Defendants used and are using a mark in their trade name and/or in their advertising and/or products that they sell that is identical or virtually identical to the DOPE Marks.

36.     DOPE is informed and believes and on that basis alleges that Defendants acted with knowledge of the fame and reputation of the DOPE Marks with the purpose of usurping such rights and to willfully and intentionally confuse, mislead, and deceive members of the public.

37.     Defendants' actions have and are likely to dilute, blur and tarnish the distinctive quality of the DOPE Marks, to lessen the ability of the DOPE Marks to identify and distinguish the DOPE's products.

38.     As a result of Defendants' violation of 15 U.S.C. § 1125(c), DOPE has and continues to suffer damages according to proof at trial.  Further, unless

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1   Defendants are restrained, DOPE will continue to suffer irreparable damage and

2   injury to its reputation and goodwill.

3       39.     Because Defendants acted willfully and intentionally to trade on

4   DOPE's reputation and/or cause dilution of DOPE's famous trademark, DOPE is

5   entitled to damages, extraordinary damages, fees and costs pursuant to 15 U.S.C. §

6   1125(c)(2).

7                           **FOURTH CLAIM FOR RELIEF**

8               **Common Law and Statutory Trade Name Infringement**

9       40.     DOPE realleges and incorporates by reference herein paragraphs 1

10   through 39, inclusive, of this Complaint as though fully set forth in full herein.

11       41.     Defendants have engaged in trade name infringement under the

12   common and statutory law of the State of California, California Business and

13   Professions Code § 14402, *et seq.*

14       42.     Defendants have intentionally deceived the public by misrepresenting

15   that their services and/or their products are in some way sponsored or authorized by

16   DOPE under its DOPE Marks.

17       43.     Defendants' acts were undertaken willfully and with the intention of

18   causing confusion, mistake or deception.

19       44.     As a proximate result of Defendants' acts, DOPE has and continues to

20   suffer damages according to proof at trial.  Further, unless Defendants are

21   restrained, DOPE will continue to suffer irreparable damage and injury to its

22   reputation and goodwill.

23                            **FIFTH CLAIM FOR RELIEF**

24                          **Unfair Competition in Violation of**

25           **California Business & Professions Code § 17200, *et seq.***

26       45.     DOPE realleges and incorporates by reference herein paragraphs 1

27   through 44, inclusive, of this Complaint as though fully set forth in full herein.

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

46.     Defendants' misconduct in trading upon DOPE's goodwill and reputation constitute unlawful, unfair and fraudulent business acts or practices and unfair, deceptive, untrue or misleading advertising, in violation of California Business and Professions Code §§ 17200, *et seq*.

47.     As a direct and proximate result of Defendants' unfair, unlawful and illegal business practices, DOPE has suffered irreparable harm to its reputation and goodwill.  As such, DOPE is entitled to injunctive relief as set forth herein.

## SIXTH CLAIM FOR RELIEF

### Common Law Unfair Competition

48.     DOPE realleges and incorporates by reference herein paragraphs 1 through 47, inclusive, of this Complaint as though fully set forth in full herein.

49.     Defendants' sale, use and/or imitation of the DOPE Marks constitutes infringement, copying, imitation, and misappropriation of DOPE's intellectual property, unjust enrichment of Defendants, as well as unfair competition with DOPE in violation of DOPE's rights under the common law of the state of California and other states of the United States.

50.     Defendants' willful conduct outlined herein has unjustly enriched Defendants in violation of DOPE's rights.  As such, DOPE is entitled to injunctive relief and monetary damages according to proof at trial.

## SEVENTH CLAIM FOR RELIEF

### Dilution in Violation of

### California Business & Professions Code § 14247, *et seq.*

51.     DOPE realleges and incorporates by reference herein paragraphs 1 through 50, inclusive, of this Complaint as though fully set forth in full herein.

52.     The DOPE Marks are distinctive and famous throughout the United States.  After the DOPE Marks became famous, Defendants used and are using a mark in their trade name and/or in its advertising and/or in products that they sell that is identical or virtually identical to the DOPE Marks.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

53.    DOPE is informed and believes and on that basis alleges that Defendants acted with knowledge of the fame and reputation of the DOPE Marks with the purpose of usurping such rights and to willfully and intentionally confuse, mislead, and deceive members of the public.

54.    Defendants' actions have and are likely to dilute, blur and tarnish the distinctive quality of the DOPE Marks, to lessen the ability of the DOPE Marks to identify and distinguish DOPE's products.

55.    As a result of Defendants' violation of California Business and Professions Code §§ 14247, *et seq.*, DOPE has and continues to suffer damages according to proof at trial.  Further, unless Defendant is restrained, DOPE will continue to suffer irreparable damage and injury to its reputation and goodwill.

## **PRAYER FOR RELIEF**

WHEREFORE, DOPE prays for judgment in its favor and against Defendants, including but not limited to, the following relief:

1.    A preliminary and permanent injunction enjoining Defendants, their members, officers, principals, shareholders, agents, servants, employees, attorneys, successors and assigns, distributors, retailers and those in privity with them, and those persons in active concert or participation with any of them who receive actual notice of the judgment by personal service or otherwise, from any further infringement and/or dilution of the DOPE Marks and from any further acts of unfair competition, including without limitation, injunctive relief enjoining the sale of Defendants' infringing apparel, accessories and sporting goods, as well as the further use of Defendants' infringing websites, dopeclothing.com and ridestore.com/dope.

2.    For an award of damages in an amount according to proof at trial;

3.    For an accounting to DOPE for any and all profits derived by Defendants from the unlawful acts complained of herein, and for disgorgement of those profits;

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

4.      For reasonable attorneys' fees;

5.      For costs in this lawsuit;

6.      For interest as allowed by law; and

7.      For such further relief as the Court deems just and proper.

Dated:  July 22, 2015            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                By:   /s/ David Martinez
                                      David Martinez
                                **Attorneys for Plaintiff, Third Estate LLC, dba
                                Dope and Dope Couture**

1    **<u>DEMAND FOR JURY TRIAL</u>**

2         DOPE hereby demands a trial by jury.

3

4    Dated:  July 22, 2015              **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

5

6                                       By:   /s/ David Martinez
                                              David Martinez

7                                       **Attorneys for Plaintiff, Third Estate LLC, dba
                                        Dope and Dope Couture**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR TRADEMARK
INFRINGEMENT

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A







# EXHIBIT B





**facebook**

Email or Phone

Password

Log In

Keep me logged in

Forgot your password?

**Dope clothing is on Facebook.**

To connect with Dope clothing, sign up for Facebook today.

Sign Up Log In

**Dope clothing**

Clothing

**Timeline** About Photos Likes Videos

**PEOPLE**

**11,309** likes

**ABOUT**

Dope clothing - European Supremacy since 2009.

http://instagram.com/dopeclothing09

#dopeclothing09...

http://www.dopeclothing.com/

**PHOTOS**

**VIDEOS**

**Dope clothing**

April 22 at 4:06am

www.instagram.com/dopeclothing09

Dope Clothing (@dopeclothing09) • Instagram photos and videos

x European Supremacy since 2009 x Tag your dope photos with #dopeclothing09 Local Dealer - www.ridestore.com/dope

INSTAGRAM

Like · Comment · Share

**Dope clothing** added 7 new photos.

March 4 · Edited

Dope Clothing SS15 Lookbook

Buy it on our local dealer!

www.ridestore.com/dope

April 4, 2014 at 10:40pm

2013 HIGHLIGHTS

👍 227  💬 15

**POSTS TO PAGE** ›

**Salvador Dogi**
March 20 at 12:57pm

💬 1
Like · Comment · Share

**ADHD**
December 24, 2014 at 6:46pm

🏷 ARE YOU A HUMAN, IF U ARE, THAN CLICK LIKE,
SHARE AND ENJOY, GOOD FR... See More

Like · Comment · Share

**Chris Wilkins**
November 30, 2014 at 4:31pm

can we order hoodie jackets for our team..just for 16
persons.. can i get your landline number.. call center
po kami. thanks

Like · Comment · Share   💬 1

**VIDEOS** ›



👍 227  💬 15

**POSTS TO PAGE** ›

**Salvador Dogi**
March 20 at 12:57pm

Like · Comment · Share   💬 1

**ADHD**
December 24, 2014 at 6:46pm

🏷 ARE YOU A HUMAN, IF U ARE, THAN CLICK LIKE,
SHARE AND ENJOY, GOOD FR... See More

Like · Comment · Share

**Chris Wilkins**
November 30, 2014 at 4:31pm

---



**Dope clothing**
December 1, 2013 ·

DOPE Skateboarding in LA! Check it out



### Dope Skateboarding - Trip to LA

http://ridestore.se/dope-skateboarding Videographer:
http://pictionary.se

YOUTUBE.COM

Like · Comment · Share

👍 Jarki Chaoscore, Evička Psotiaková, Conny Kraus and 14 others like this.

 **Dope clothing** updated their cover photo.
November 5, 2013 ·



Like · Comment · Share

👍 Chantal Lamont, Dope clothing and Tim JediSith Ek-Ojala like this.

 **Dope clothing**
July 8, 2011 ·

Fet bild på Jocke Olsson!





can we order hoodie jackets for our team..just for 16 persons.. can i get your landline number.. call center po kami. thanks

Like · Comment · Share

VIDEOS

POSTS TO PAGE

**Salvador Dogi**
March 20 at 12:57pm

Like · Comment · Share

**ADHD**
December 24, 2014 at 6:46pm
🏷 ARE YOU A HUMAN, IF U ARE, THAN CLICK LIKE, SHARE AND ENJOY, GOOD FR... See More

Like · Comment · Share

**Chris Wilkins**
November 30, 2014 at 4:31pm

can we order hoodie jackets for our team..just for 16 persons.. can i get your landline number.. call center po kami. thanks

Like · Comment · Share

VIDEOS

POSTS TO PAGE

VIDEOS

Madioli Evans, Rhulani Hlongoane, Challe Malmquist and 23 others like this.

 **Olofsson André** bra jocke du kan göra allt samtidigt!!
February 18, 2012 at 10:55pm · 👍 3

 **Dope clothing**
May 30, 2011 ·

Riktigt tung tröja och skönt fail från 4.06 min in i klippet!

 **Fail Compilation May 2011 || TNL**
It's time for the fail compilation of May. All the best fails from the last month in 8 minutes plus some bonus fails from previous months. Enjoy the video. I...

YOUTUBE.COM

Like · Comment · Share

Frich Legland Braadland, Andreas Andy Hart Hansson, Challa Jakobsen and 3 others like this.

 **Dope clothing**
May 2, 2011 ·

Kolla in vår teamrider Maiko Nicolet och hans crew EROONE's nya teaser "La Cassette": http://vimeo.com/23150857?ab

**LA CASSETTE TEASER**
ERO ONE FILMS presents its new film LA CASSETTE. Available in September 2011 with ONBOARD. Featuring : Florent Marot, Vince Pages, Jani Sorasalmi, Maiko Nicolet, Julien Rochette, Chris Cunningham, Tim Cachot, Clemenz Jezler, Dim Biau,

VIMEO.COM · BY EROONEFILMS

Like · Comment · Share

Maiko Nicolet, Dope clothing and 2 others like this.

 **Dope clothing**
March 10, 2011 ·
Some pictures of our new collection.



POSTS TO PAGE

**Salvador Dogi**
March 20 at 12:57pm

Like · Comment · Share                    💬 1

**ADHD**
December 24, 2014 at 6:46pm

🏷 ARE YOU A HUMAN, IF U ARE, THAN CLICK LIKE, SHARE AND ENJOY, GOOD FR... See More

Like · Comment · Share

**Chris Wilkins**
November 30, 2014 at 4:31pm

can we order hoodie jackets for our team..just for 16 persons.. can i get your landline number.. call center po kami. thanks

Like · Comment · Share                    💬 1

LIKED BY THIS PAGE

**Halldór Helgason**

**Andreas Wiig**

**Red Bull**

English (US) · Privacy · Terms · Cookies · More ▾
Facebook © 2015

Like · Comment · Share

👍 Ali Kalhor, Anne Kromand Krogh and 3 others like this.

**Tim JediSith Ek-Ojala** Tycker ni kan ta o göra om dessa tshirtar igen så man får en chans att köpa dem! ^^ riktigt cleana!
July 29, 2011 at 11:37am

**Dope clothing**
January 20, 2010 ·

Dope Clothing is proud to present our second teamrider Enzo "Nzo" Locarini. Check out his part in the latest movie from Def Ligz UNDERDOGZ!!
http://global.skipass.com/.../44847-full-movie-underdogz-by-d...

[Full Movie] Underdogz by Def Ligz

Watch Underdogz, the first movie of Garchois Production and the Def Ligz Crew! Created in 2007 by 3 riders, JL Ratchel, Guillaume Gomez and Manutea Mapu, De...

GLOBAL.SKIPASS.COM

Like · Comment · Share

👍 Déborah Balzan and Anne Kromand Krogh like this.

2009                                           HIGHLIGHTS ▾

**Dope clothing**
December 30, 2009 ·

Dope Clothing is proud to present Maïko Nicolet on the team. Check out Maikos part in STICK EM UP, some dope shit!!

STICK EM UP - Part 4 of 9

STICK EM UP - Part 4 of 9 Maïko Nicolet & Julien Rochette. music: CLASSIFIED "Find Out" Hitch Hikin' Music www.classifiedofficial.com ERO ONE FILMS 2009 - ALL RIGHTS RESERVED www.eroone.eu

VIMEO.COM  |  BY EROONEFILMS

Like · Comment · Share

👍 Nathalya Lara, Simon Frisinger and 2 others like this.

Sign Up      Log In      Messenger      Mobile          Find Friends      Badges      People      Pages      Places      Games
Locations    About      Create Ad      Create Page     Developers        Careers      Privacy     Cookies    Terms     Help

Facebook © 2015
English (US)

# EXHIBIT C

CUSTOMERSERVICE LOGIN Free shipping to EU RIDE ( 0 )

ridestore.com STREETWEAR MOTO SNOW SKATE LONGBOARD BIKE GIRLS BRANDS

**Dope** dope

**Dope**
A bad day riding is better than a good day at work!

DEPARTMENT

**Streetwear**
Clothing and accessories.

**Snow**
Gear for snowboarding & skiing.

**Skate**
Skateboards and gear.

PRODUCT TYPE

Product Type

BRANDS

Brands

SIZE

3XS XXS XS S M L XL XXL 3XL

S/M L/XL 8.25 53mm wheels 8 7.5 One Size 7.75

SORTING CHEAPEST FIRST NEWS FIRST PAGE 1

Dope "ATH" Pants
*Black*
€49.90

Dope "Team" Longsleeve
*White/Black*
€44.90

Dope "Team" Longsleeve
*Black*
€44.90

Dope "ATH DIY" Shorts
*Black*
€49.90

Dope "ATH DIY" Shorts
*Grey Melange*
€49.90

Dope "ATH" Pants
*Grey Melange*
€49.90

Dope "Team" T-shirt
*Burgundy*
€24.90

Dope "New Standard" Hood
*White*
€59.90

TRUSTED SHOPS GUARANTEE
Customer Reviews
EXCELLENT
4.88/5.00





Dope "Classic Snap" Cap
*White/Black*
**€29.90**



Dope "Globe" Sweater
*Black*
**€49.90**



Dope "Big X-Up" Hood
*Burgundy*
**€59.90**



Dope "Laurel" Hood
*Grey Melange/Black*
**€59.90**



Dope "Globe" Tank top
*Black*
**€24.90**



Dope "New Standard" T-
shirt
*Burgundy*
**€29.90**



Dope "Globe" Longsleeve
*White/Black*
**€39.90**



Dope "Gaze" Sunglasses
*Matte Black W/Red Mirror*
**€39.90**



Dope "Old Skool"
Sunglasses
*Matte Black w/Red Mirror*
**€39.90**



Dope "X-Up Snap" Cap
*White/Black*
**€29.90**



Dope "Dopeness Snap"
Cap
*Black/Charcoal*
**€29.90**



Dope "2-Stripe" Jacket
*Black/White*
**€99.90**



Dope "X-Up" Sweater
*White*



Dope "Windcheater" Jacket
*Charcoal/Red*



Dope "Team" T-shirt
*Grey Melange*



Dope "Globe" Hood
*Marine/Black*

€54.90         €79.90         €24.90         €59.90

   

Dope "Playoff" Tank top
*Black*
€24.90

Dope "New Standard" T-
shirt
*Black*
€29.90

Dope "Laurel" Sweater
*Black*
€49.90

Dope "Zone" Hood
*Grey Melange/Black*
€69.90

   

Dope "New Standard" T-
shirt
*White*
€29.90

Dope "Team" Hood
*Black*
€59.90

Dope "Flow" T-shirt
*White*
€29.90

Dope "X-Up" Sweater
*Black*
€54.90

   

Dope "Angle" Jacket
*Burgundy/Black*
€99.90

Dope "Team" Sweater
*White*
€49.90

Dope "Windcheater" Jacket
*Burgundy/Charcoal*
€79.90

Dope "Zone" Hood
*Black*
€69.90

Ridestore.com: Dope [Dope Clothes]









Dope "Big X-Up" T-shirt
*Burgundy*
**€24.90**

Dope "Team" Sweater
*Black*
**€49.90**

Dope "Angle" Jacket
*Light Grey/Black*
**€99.90**

Dope "Angle" Jacket
*Army/Black*
**€99.90**









Dope "Globe" Hood
*Black*
**€59.90**

Dope "New Standard" Hood
*Black*
**€59.90**

Dope "New Standard" Tank
top
*Black*
**€29.90**

Dope "Dopeness II" T-shirt
*Black*
**€29.90**









Dope "New Standard" T-
shirt
*Grey Melange/Black*
**€29.90**

Dope "X-Up" Hood
*Black*
**€59.90**

Dope "New Standard" Tank
top
*Burgundy*
**€29.90**

Dope "Globe" Sweater
*Burgundy*
**€49.90**









Dope "New Standard" Hood
*Grey Melange/Black*

Dope "Playoff" Sweater
*Black*

Dope "WWW" Sweater
*Grey Melange*

Dope "Laurel" Hood
*Dark Grey*

Case 2:15-cv-05572-FMO-E   Document 1   Filed 07/22/15   Page 33 of 55   Page ID #:33

€59.90          €49.90          €49.90          €59.90






Dope "New Standard"          Dope "X-Up" T-shirt          Dope "New Standard" Tank          Dope "Playoff" Sweater
Longsleeve                   *Black*                      top                               *Marine*
*Grey Melange*               €24.90                       *Grey Melange*                    €49.90
€39.90                                                    €29.90






Dope "Dopeness II"          Dope "Laurel" Sweater          Dope "Team" T-shirt          Dope "Dopeness II"
Sweater                     *Grey Melange*                 *Black*                      Sweater
*Black*                     €49.90                         €24.90                       *Grey Melange*
€49.90                                                                                  €49.90






Dope "Big X-Up" Hood          Dope "Dopeness II" Hood          Dope "Dopeness II" Hood          Dope "Laurel" T-shirt
*Black*                       *Black*                          *Grey Melange/Black*             *Grey Melange/Dark Grey*
€59.90                        €59.90                           €59.90                           €24.90



Dope "Big X-Up" Hood
*Marine/Black*
**€59.90**



Dope "New Standard" Hood
*Dark Grey/Black*
**€59.90**



Dope "Dopeness II" T-shirt
*Grey Melange*
**€29.90**



Dope "WWW" Sweater
*Black*
**€49.90**



Dope "Big X-Up" T-shirt
*Grey Melange*
**€24.90**



Dope "WWW" Hood
*Black*
**€59.90**



Dope "Team" Hood
*Grey Melange*
**€59.90**



Dope "Classic Snap" Cap
*Charcoal/Black*
**€29.90**



Dope "Classic Snap" Cap
*Grey Melange/Black/Red*
**€29.90**



Dope "Calligraphy II Snap" Cap
*Black/White*
**€29.90**



Dope "Calligraphy II Snap" Cap
*Black/Charcoal*
**€29.90**



Dope "X-Up Snap" Cap
*Black/Charcoal*
**€29.90**



Dope "X-Up Snap" Cap
*Marine/Black/Aqua*



Dope "Thats All Snap" Cap
*Grey Melange/Red*



Dope "Thats All Snap" Cap
*Grey Melange/Dark*



Dope "Thats All Snap" Cap
*Charcoal/Black/Green*

€29.90            €29.90            €29.90            €29.90






Dope "Thats All Snap" Cap
*Grey Melange/Black/Green*
€29.90

Dope "Dopeness Snap"
Cap
*Grey Melange/Black/Red*
€29.90

Dope "Dopeness Snap"
Cap
*Marine/White*
€29.90

Dope "New Standard" Hood
*Burgundy/Black*
€59.90






Dope "Playoff" Hood
*Black*
€59.90

Dope "Globe" T-shirt
*Black*
€24.90

Dope "Globe" T-shirt
*Burgundy*
€24.90

Dope "Flow" T-shirt
*Black*
€29.90




Dope "X-Up" Hood
*Grey Melange*
€59.90

Dope "Playoff" T-shirt
*Black*
€24.90



‹ | PAGE 1 | ⌄ | ›



**LIGHTNING FAST
DELIVERIES**



**EXPERIENCED
STAFF**



**PURCHASE ON
APPROVAL**



**VERY HAPPY
CUSTOMERS**

# EXHIBIT D

| | | | | | |
|---|---|---|---|---|---|
| 1909 | 80s Script | Barbar | Blocked | Born to Be Dope | Bright Lights |
| Broken Logo | Brushstroke | Camo Avenue | Camo Love | Camo Paris | Cartoon |
| Circle Script | Collegiate | Doom | Dope Love 8 | Dope Love II | Dopest |
| Dripping | Dripping Paris | Easy-E | Escher | Foil Love | Galaxy |
| Interlock Logo | Kush | Leopard Avenue | LV | Milan | Motif |
| No Hope No Dope | Peer Pressure | Pineapple | Pixelated Logo | Potted Plant | Purple Kush |
| Script Logo | Shattered | Sinking | Skating Paris | Smoke Me | Snakeskin Love |
| Splatter | Stencil Logo | Sunset Interlock | The Avenue | Touring | Wire Logo |





































